IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Petitioner,

v.                                                             4:16cv783–WS/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed January 10, 2017. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed objections (doc. 8) to the report and recommendation.

Having considered the matter in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is ADOPTED

and incorporated by reference into this order of the court.

2. The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction.

3. The clerk is directed to enter judgment stating: "The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this ___6th___ day of ___February___, 2017.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE